RECEIPT # _____
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK _____
DATE 6-23-04

FILED
IN CLERKS OFFICE

2004 JUN 23  P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.:

| | |
|---|---|
| VIRGINIA LATINO<br>　　　Plaintiff | *<br>*<br>* |
| VS. | * COMPLAINT |
| UNUM PROVIDENT CORPORATION<br>　　　Defendant | *<br>* 04-40121FDS<br>* |

## I. INTRODUCTION

Virginia Latino is a disabled former employee of Fallon Health Services. She was covered under a disability plan maintained by Fallon. She suffers from autonomic neuropathy, a neurogenic bladder, a pseudo obstruction coli with chronic constipation, severe scoliosis with accompanying back pain, depression and panic attacks. On June 29, 2001, she submitted a claim for disability which was denied. She has appealed the denial of her claim. Defendant indicated it made a final decision. She seeks review of the decision in this Court pursuant to the Employee Retirement Income Security Act (ERISA).

## II. PARTIES

1. Virginia Latino is an individual who resides in Worcester, Massachusetts.

2. UNUM Provident administers the long term disability plan which Plaintiff had available to her as part of her employer's benefit plan. The plan is a qualified employees' disability plan within the meaning of 29 USC 1002(2)(A).

3. UNUM Provident maintains offices in Portland, Maine,

1

Chattanooga, Tennessee and Worcester, Massachusetts. It regularly conducts business in Massachusetts. It is a licensed out-of state insurer.

### III.   JURISDICTION

4. This action is brought before this Court pursuant to the Employee Retirement Income Security Act, 29 U.S.C. Section 1131(a)(1)(B).

### IV.   FACTS

5. Virginia Latino was a medical assistant working for the Fallon Health Services for several years.

6. On March 3, 2001, Plaintiff became unable to work. Since that date she became "disabled" under the terms of the long term disability plan provided to her by her employer.

7. Fallon paid Ms. Latino through May 26, 2001.

8. On June 29, 2001, Plaintiff Latino submitted a claim for long term disability benefits to the Defendant, UNUM.

9. Plaintiff's application was denied by notice issuing on August 7, 2001. She made a timely request for review of that decision.

10. On November 26, 2001, Ms. Latino received the Defendant's final decision on her formal request for review.

11. Plaintiff was approved for Social Security Disability benefits, having been awarded benefits on March 1, 2002, and found disabled back to March 3, 2001.

12. There were a number of correspondences between Plaintiff and Defendant through May, 2004. Indeed, Plaintiff

submitted additional information to Defendant in April, 2004. Defendant indicated in a May 17, 2004 letter, that it may review those records at some point, but was waiting for additional records from the Social Security Administration to be provided.

13. UNUM's decision is arbitrary and capricious, is not supported by a good faith evaluation of the evidence, and/or is contrary to law, because:

> a. It failed to give appropriate attention to unrebutted treating source testimony from both the primary care physician and the treating neurologist in the record regarding the Plaintiff's diagnoses, as well as their clinical documentation of her disabling medical signs and symptoms; and
>
> b. It ignored the opinions of those treating physicians regarding Plaintiff's capacity to perform her job, with no conflicting evidence in the file;
>
> c. It completely ignored Plaintiff's symptoms in evaluating her claim;
>
> d. It failed to consider the combined effect of all of Plaintiff's physical and emotional difficulties; and
>
> e. It applied an inconsistent definition of disability to her claim, sometimes requiring her to be disabled from performing her own work only, at others requiring her to disabled from performing any work for which she was suited.

WHEREFORE, the Plaintiff respectfully requests that

this Court issue the following relief:

1. Assume jurisdiction of this case; and

2. Find that Defendant has violated the relevant provisions of the ERISA by its actions in denying Plaintiff the benefits she is legally entitled to receive; or

3. Remand this case for further proceedings to consider all of the medical evidence presented by the Plaintiff; and

4. Award Plaintiff attorney's fees pursuant to 29 U.S.C. § 1132(g)(1); and

5. Award such other relief as this Court finds just and proper.

Dated: June 22, 2004

Respectfully submitted,
VIRGINIA LATINO, Plaintiff
By her Attorney

Ronald B. Eskin
B.B.O. #: 549290
Law Office of Ronald B. Eskin PC
228 Central St
Lowell MA 01852
Telephone: (978) 937-1600

JS 44 (Rev. 3/99)                      **CIVIL COVER SHEET**     04-40121

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Virginia Latino

### DEFENDANTS
UNUM Provident Corporation

FILED
CLERKS OFFICE
2004 JUN 23 P 3: 24
DISTRICT OF MASS

(b) County of Residence of First Listed Plaintiff: Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: 
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ronald B. Eskin
228 Central St.
Lowell, MA 01852
(978) 937-1600

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | X 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. Section 1131(a)(1)(B) Employment Retirement Income Security Act

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: June 22, 2004

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-40121

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Virginia Latino v. Unum Provident

   FILED
   IN CLERK'S OFFICE

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   2004 JUN 23 P 3:24

   U.S. DISTRICT COURT
   DISTRICT OF MASS

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐    NO X

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐    NO X

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐    NO X

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐    NO X

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES X    NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION ☐    CENTRAL DIVISION X    WESTERN DIVISION ☐

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Ronald B. Eskin
ADDRESS  228 Central Street, Lowell, MA 01852
TELEPHONE NO.  (978) 937-1600

(latino CategoryForm.wpd - 11/27/00)