AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Virginia Latino

V.

UNUM Provident Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40121**

TO: (Name and address of Defendant)

UNUM Provident
c/o Massachusetts Insurance Commissioner (pursuant to M.G.L. Ch. 175 § 151)
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Ronald B. Eskin
228 Central Street
Lowell, MA 01852

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                            6-23-03
CLERK                                       DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 7, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stacy Siegan | Administrative Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By first class mail to UNUM Life Insurance Company of America c/o CT Corporation System at 101 Federal Street, Boston, MA 02110.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/7/04
              Date

Signature of Server: Stacy Siegan

Address of Server: One South Station, Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.