UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGINIA LATINO,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>    Defendant | CIVIL ACTION NO. 04-40121-FDS |

## **CORPORATE DISCLOSURE STATEMENT**

The defendant, UnumProvident Corporation, pursuant to Local Rule 7.3, states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

{H:\PA\Lit\16310\00045\A0739247.DOC}

                                        UNUMPROVIDENT CORPORATION

                                        By its attorneys,

                                        /s/ Kristina H. Allaire
                                        Joan O. Vorster, Esq., BBO #550375
                                        Kristina H. Allaire, Esq., BBO #646001
                                        Mirick, O'Connell, DeMallie & Lougee, LLP
                                        100 Front Street
                                        Worcester, MA 01608-1477
                                        Phone: (508) 791-8500
                                        Fax:   (508) 791-8502

Dated: October 15, 2004

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Ronald B. Eskin, Esq., Law Office of Ronald B. Eskin, P.C., 228 Central Street, Lowell, MA 01852.

                                        /s/ Kristina H. Allaire
                                        Kristina H. Allaire, Esq.

Dated: October 15, 2004