UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGINIA LATINO,<br>Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>Defendant | CIVIL ACTION NO. 04-40121-FDS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Joan O. Vorster, attorney for defendant, UnumProvident Corporation, and Charles P. Piacentini, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Charles P. Piacentini, Esq.
UnumProvident Corporation
2211 Congress Street
Portland, ME 04122

{H:\PA\Lit\16310\00045\A0739252.DOC}

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Ronald B. Eskin, Esq., Law Office of Ronald B. Eskin, P.C., 228 Central Street, Lowell, MA 01852.

*/s/ Kristina H. Allaire*
Kristina H. Allaire, Esq.

Dated: October 15, 2004