THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                       CENTRAL DIVISION


                                CIVIL ACTION NO.:04-40121-FDS

VIRGINIA LATINO                 *
        Plaintiff               *
                                *
VS.                             *
                                *
UNUM PROVIDENT CORPORATION      *
        Defendant               *


<u>CERTIFICATION OF CONSULTATION: LOCAL RULE 16.1(D)(3)</u>

On behalf of Plaintiff, Virginia Latino, I certify that she has conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of litigation through the use of alternative resolution programs, including those outlined in Local Rule 16.4.

                        Respectfully submitted,
                        VIRGINIA LATINO,
                        Plaintiff
                        By her Attorney


Dated: October 19, 2004    <u>/s/Ronald B. Eskin</u>
                           Ronald B. Eskin
                           B.B.O. #: 549290
                           Law Office of Ronald B. Eskin PC
                           228 Central St
                           Lowell MA 01852
                           Telephone: (978) 937-1600


dated: October 19, 2004    <u>/s/Virginia Latino   </u>
                           Plaintiff Virginia Latino


                                1