UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGINIA LATINO,<br>    Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 04-40121-FDS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Joan O. Vorster on behalf of the defendant, Provident Life and Accident Insurance Company, in the above-entitled case.

{H:\PA\Lit\16310\00045\A0744044.DOC}

                                            PROVIDENT LIFE AND ACCIDENT
                                            INSURANCE COMPANY

                                            By its attorneys,

                                            /s/ Joan O. Vorster
                                            Joan O. Vorster, Esq., BBO #550375
                                            Kristina H. Allaire, Esq., BBO #646001
                                            Mirick, O'Connell, DeMallie & Lougee, LLP
                                            100 Front Street
                                            Worcester, MA 01608-1477
                                            Phone: (508) 791-8500
                                            Fax:   (508) 791-8502

Dated: October 28, 2004

## CERTIFICATE OF SERVICE

     I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Ronald B. Eskin, Esq., Law Office of Ronald B. Eskin, P.C., 228 Central Street, Lowell, MA 01852.

                                            /s/ Joan O. Vorster
                                            Joan O. Vorster, Esq.

Dated: October 28, 2004