UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

VIRGINIA LATINO,
    Plaintiff

V.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
    Defendant

CIVIL ACTION NO. 04-40121-FDS

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties to this action request that the time within which to file requests for discovery be extended by 30 days from January 21, 2005 to February 21, 2005, and that the date for filing summary judgment motions also be extended by 30 days from May 11, 2005 to June 10, 2005.

The grounds for this motion are that the parties have agreed to mediation, which has been scheduled for Tuesday, January 25, 2005.  This was the first available date for both parties and the chosen mediator.  Due to the mediation, the parties seek to avoid the expense of preparing motions seeking discovery in the hope that the case will resolve at mediation.

WHEREFORE, the parties request an extension until February 21, 2005 to file motions for discovery, and June 10, 2005 to file motions for summary judgment.

{H:\PA\Lit\16310\00045\A0746924.DOC}

| VIRGINIA LATINO | UNUMPROVIDENT CORPORATION |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Ronald B. Eskin (KHA) | /s/ Kristina H. Allaire |
| Ronald B. Eskin, Esq., BBO#549290 | Joan O. Vorster, Esq., BBO #550375 |
| Law Office of Ronald B. Eskin, P.C. | Kristina H. Allaire, Esq., BBO #646001 |
| 228 Central Street | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Lowell, MA 01852 | 100 Front Street |
| Phone: (978) 937-1600 | Worcester, MA 01608-1477 |
| Fax: (978) 937-9422 | Phone: (508) 791-8500 |
|  | Fax:    (508) 791-8502 |

Dated: November 9, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Ronald B. Eskin, Esq., Law Office of Ronald B. Eskin, P.C., 228 Central Street, Lowell, MA 01852.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: November 9, 2004