UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGINIA LATINO,<br>    Plaintiff<br><br>V.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 04-40121-FDS |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

{H:\PA\Lit\16310\00045\A0778544.DOC}

| | |
|---|---|
| VIRGINIA LATINO | PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
| By her attorney, | By its attorneys, |
| *[signature]* | *[signature]* |
| Ronald B. Eskin, Esq. | Joan O. Vorster, Esq., BBO #550375 |
| BBO#549290 | Kristina H. Allaire, Esq., BBO #646001 |
| Law Office of Ronald B. Eskin, P.C. | Mirick, O'Connell, DeMallie & Lougee, LLP |
| 228 Central Street | 100 Front Street |
| Lowell, MA 01852 | Worcester, MA 01608-1477 |
| Phone: (978) 937-1600 | Phone: (508) 791-8500 |
| Fax: (978) 937-9422 | Fax:   (508) 791-8502 |

Dated: 3-25-05

### CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Ronald B. Eskin, Esq., Law Office of Ronald B. Eskin, P.C., 228 Central Street, Lowell, MA 01852.

*[signature]*
Joan O. Vorster, Esq.

Dated: 3-25-05